IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

Case No. 1:19-CV-386

| | |
|---|---|
| MARY SMITH, as Administrator of the ESTATE OF MARCUS DEON SMITH, deceased,<br><br>      Plaintiff,<br><br>  v.<br><br>CITY OF GREENSBORO, Greensboro Police Officers JUSTIN PAYNE, ROBERT DUNCAN, MICHAEL MONTALVO, ALFRED LEWIS, CHRISTOPHER BRADSHAW, LEE ANDREWS, DOUGLAS STRADER, and JORDAN BAILEY, and Guilford EMS Paramedics ASHLEY ABBOTT and DYLAN ALLING,<br><br>      Defendants. | **DEFENDANTS' JOINT MOTION TO SEAL** |

Pursuant to the Protective Order, (Dkt. 79, ¶ 19), and Local Rule 5.4, Defendants jointly and respectfully request that the Court seal the 23 April 2021 letter from Plaintiff's counsel of record Flint Taylor to Defendants' counsel. The letter has been prospectively filed under seal as Exhibit S to the brief in support of Defendants' joint motion to show cause or for other relief with respect to potential violations of Protective Order and Local Rules. In support of this motion, Defendants show the Court the following:

1. In recent weeks, counsel for the parties have discussed conduct by Plaintiff's counsel of record and their agents which appears to violate the Protective Order and the Local Rules, including the Court's Code of Professional Responsibility. This conduct includes the release of discovery materials for a non-litigation purpose and pretrial public commentary with a substantial likelihood of materially prejudicing an adjudicative proceeding. These issues are discussed in depth in Defendants' concurrently-filed joint motion to show cause or for other relief with respect to potential violations of the Protective Order and Local Rules.

2. In the course of the discussions preceding the filing of the motion, Plaintiff's counsel of record Flint Taylor sent a letter to Defendants' counsel. Because this letter is relevant to the matters presented in the concurrently-filed motion, Defendants have submitted it to the Court as Exhibit S.

3. Mr. Taylor's letter has been prospectively filed under seal pursuant to the Protective Order. The letter includes a lengthy discussion of and references to discovery material, including material that constitutes "Confidential Information." Those parts of the document are therefore deemed "Confidential Information" as well under the Protective Order. (Dkt. 79, ¶ 11.) Such information must be filed under seal consistent with Local Rule 5.4. (Dkt. 79, ¶ 19.)

4. More significantly, Mr. Taylor's letter was admittedly intended to inject additional discovery material into the public record, consistent with the ongoing campaign by Plaintiff's counsel to release discovery material. The public filing of such a

2

Case 1:19-cv-00386-LCB-JLW   Document 104   Filed 05/12/21   Page 2 of 5

letter would therefore not be consistent with the Protective Order's prohibition on the non-litigation use of discovery material and information, which is one of the key issues addressed in the concurrently-filed motion. (Dkt. 79, ¶ 10.) Because Defendants' counsel do not want to sponsor further violations of the Protective Order, but do believe the letter is helpful to the Court's consideration of the issues presented, a sealed filing is the only available method to follow the Protective Order.

**WHEREFORE**, Defendants jointly and respectfully request that the Court maintain under seal Exhibit S to the brief in support of Defendants' joint motion to show cause or for other relief with respect to potential violations of Protective Order and Local Rules.

This the 12th day of May, 2021.

/s/ Alan W. Duncan
Alan W. Duncan (NCSB No. 8736)
Stephen M. Russell, Jr. (NCSB No. 35552)
Hillary M. Kies (NCSB No. 46176)
MULLINS DUNCAN HARRELL
    & RUSSELL PLLC
300 N. Greene St., Suite 2000
Greensboro, NC 27401
Telephone: 336-645-3320
Facsimile: 336-645-3330
aduncan@mullinsduncan.com
srussell@mullinsduncan.com
hkies@mullinsduncan.com

*Counsel for Defendants City of Greensboro, Payne, Duncan, Montalvo, Lewis, Bradshaw, Andrews, Strader, and Bailey*

/s/ G. Gray Wilson
G. Gray Wilson, NC Bar No. 7398
Lorin J. Lapidus, NC Bar No. 33458
Chelsea K. Barnes, NC Bar No. 53378
NELSON MULLINS RILEY
   & SCARBOROUGH LLP
380 Knollwood Street, Suite 530
Winston-Salem, NC 27103
Telephone: 336-774-3271
Fax: 336-774-3299
gray.wilson@nelsonmullins.com
lorin.lapidus@nelsonmullins.com
chelsea.barnes@nelsonmullins.com

*Counsel for Defendants Abbott and Alling*

4

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was electronically filed with the Clerk of Court through the CM/ECF system, which will send notice of filing to counsel of record.

This the 12th day of May, 2021.

/s/ Alan W. Duncan<br>
Alan W. Duncan